IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:15-CR-3125** |
| vs. | |
| JORDAN R. LYBARGER, | **ORDER** |
| Defendant. | |

IT IS ORDERED that:

1.  The Government's unopposed Motion to Continue Sentencing (filing 39) is granted.

2.  Defendant Jordan R. Lybarger's sentencing is continued to June 17, 2016, at 11:00 a.m., before the undersigned United States District Judge, in Courtroom No. 4, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 9th day of June, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge